AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Gregory Conrad Puzio, a/k/a "Tony G.,"<br><br>*Defendant* | Case No.  1:26-CR-8 (MAD) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  01/22/2026

*Defendant's signature*

*Signature of defendant's attorney*

Jeremy B. Sporn
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Mae A. D'Agostino, U.S.D.J.
*Judge's printed name and title*